**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 4, 2019    MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY F...
DOC #:
DATE F... : 12/4/19

12/4/19

Sentencing Adj to 12/12/19
at 2:15. ***

*/s/ Colleen McMahon*

**BY EMAIL AND ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:   **United States v. Orlando Agudelo Agudelo, et al.,**
           16 Cr. 136 (CM)

Dear Judge McMahon:

    The parties write jointly to request an adjournment of the sentencing currently scheduled in this matter for December 4, 2019. The parties require additional time to confer and consult internally regarding the potential applicability of certain sentencing guidelines provisions to the defendant. Accordingly, we respectfully request a brief one-week adjournment of the sentencing date. The parties understand that the Court is available on December 12, 2019 at 2:15 p.m. and therefore respectfully request that the sentencing be adjourned to that date and time.

                        Very truly yours,

                        GEOFFREY S. BERMAN
                        United States Attorney

         By:     /S/
                        Andrew DeFilippis
                        Assistant United States Attorney
                        (212) 637-2231

cc:    Grainne O'Neill, Esq. (via email)